## WM. & R. L. RUDDICK v. PATTERSON, *et al.*

1. PETITION: WHEN OBJECTIONS MUST BE TAKEN. An objection to a defective petition will not avail when made for the first time in the Supreme Court.

2. *Davis* v. *Burt*, 7. Iowa 58, cited and approved.

*Appeal from the Lee District Court.*

WEDNESDAY, JUNE 15.

*Rankin, Miller & Enster*, for the appellants.

*Clagett, Brown & Clagett*, for the appellees.

WRIGHT, C. J.—Judgment by default was rendered against the defendants as the makers and indorsers of a certain promissory note. The indorsers appeal and assign as error that the petitioner does not aver that they had due notice of the demand and non-payment of the note by the maker, and that taking the petition as true, therefore, it shows no cause of action against them. *Held;* That granting, that the petition would be bad upon demurer, the defect could not avail, when presented for the first time in this court. *Davis* v. *Burt*, et al. 7, Iowa 58.

Judgment affirmed.